IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SHONNA ORCUTT,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**MINNESOTA LIFE INSURANCE CO.,**<br><br>    **Defendant.** | **Case No. 6:20-CV-392-JDK** |

# FINAL JUDGMENT

Pursuant to the Court's Order dismissing the case, the Court hereby enters Final Judgment.

**IT IS ORDERED** that Plaintiff Shonna Orcutt's claims against Defendant Minnesota Life Insurance Company are **DISMISSED WITHOUT PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **21st** day of **August, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE